■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN COUNCIL, Appellant. [824 NYS2d 711]—Judgment, Supreme Court, Bronx County (Phylis Skloot Bamberger, J.), rendered February 4, 2004, convicting defendant, after a jury trial, of murder in the second degree and criminal possession of a weapon in the second degree, and sentencing him to concurrent terms of 25 years to life and seven years, respectively, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility. The evidence disproved defendant's justification defense beyond a reasonable doubt.

We perceive no basis for reducing the sentence. Concur— Andrias, J.P., Saxe, Marlow, Nardelli and Williams, JJ.